1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada

3  PATRICK A. ROSE
   Assistant United States Attorney
4  Nevada Bar No. 5109
   U.S. Attorney's Office
5  333 Las Vegas Boulevard South, Suite5000
   Las Vegas, Nevada 89101
6  Telephone: 702-388-6336
   Facsimile: 702-388-6787
7  Email: *patrick.rose@usdoj.gov*
   Attorneys for the United States.
8

9

10                     **UNITED STATES DISTRICT COURT**

11                            **DISTRICT OF NEVADA**

12  JENNIFER MORENO and                )
    FRANCISCO MORENO,                  )   Case No.: 2:12-cv-00126-GMN-PAL
13                                     )
              Plaintiffs,              )
14                                     )
         v.                            )
15                                     )   **STIPULATION AND ORDER**
    NEVADA BEVERAGE CO., a Nevada      )   **TO DISMISS WITH PREJUDICE**
16  corporation; and                   )
    UNITED STATES OF AMERICA,          )
17                                     )
              Defendants.              )
18

19       The parties, through their undersigned counsel, stipulate and request that this action be

20  dismissed with prejudice.

21  . . .

22  . . .

23  . . .

24  . . .

25  . . .

26  . . .

The parties further stipulate that each side will bear its own fees and costs.

Respectfully submitted this 10th day of April, 2013.

| | |
|---|---|
| DANIEL G. BOGDEN<br>United States Attorney | TANNER LAW FIRM |
| /s/ Patrick A. Rose<br>PATRICK A. ROSE<br>Assistant United States Attorney<br>Attorneys for Defendant<br>United States of America | /s/ David A. Tanner<br>DAVID A. TANNER, ESQ.<br>8635 S. Eastern Ave.<br>Las Vegas, NV 89123<br>Attorneys for Plaintiffs |

LAW OFFICES OF CLAYSON & MIKESELL

/s/ John W. Kirk
JOHN W. KIRK, ESQ.
7201 W. Lake Mead Blvd., Suite 106
Las Vegas, NV 89128
Attorneys for Defendant
Nevada Beverage Co.

**IT IS SO ORDERED.**

_____
Gloria M. Navarro
United States District Judge

**DATED:  04/12/2013**

2